```
                                          . . . .URT
                                            uF MASS.
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

                                       2004 JUN 18  P 2: 35
```

ERNST JOSEPH,                    )
                                 )
            Petitioner           )
                                 )     Civil Action No.
      v.                         )     04-cv-11275-GAO
                                 )
JOSEPH F. MCDONOUGH, SHERIFF,    )
PLYMOUTH COUNTY,                 )
                                 )
            Respondent           )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                  By:   _____
                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
                        (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 18, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114