UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNST JOSEPH
       Plaintiff(s)

v.                                  CIVIL ACTION NO. 04-11275-GAO

JOSEPH MCDONOUGH
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that the motion to dismiss this action pursuant to FRCP Rule 12(b)(1) for mootness( #3) is GRANTED.

TONY ANASTAS,
CLERK OF COURT

Dated: 7/27/04                         By   Paul S. Lyness
                                                                             Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                  [jgm.]